Emergency Price Control statute and regulations to the transactions alleged should await full development of all the facts at trial. Accordingly, without approving conclusory allegations of law alleged in the defense attacked, the order is unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

ERIC CALAMIA, Individually and Trading under the Name of REINHARD BROS., Respondent, v. GOLDSMITH BROS., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See post, p. 920.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANNA SCLAR, Appellant.— Judgment unanimously modified by reducing the sentence imposed to the time already served and a fine of $100, and as so modified affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

ETHEL BERKOWITZ, Appellant, v. EUGENE J. BERKOWITZ, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

ETHEL BERKOWITZ, Appellant, v. EUGENE J. BERKOWITZ, Respondent.— Order unanimously affirmed, without costs. (See Senor v. Senor, 272 App. Div. 306, and Caldwell v. Caldwell, 298 N. Y. 146.) There appears to be no necessity of retaining jurisdiction with respect to custody of the children in the present case. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FANNING, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

SCHUYLER W. J. WATTS, Appellant-Respondent, v. BANK OF MANHATTAN COMPANY, Respondent-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the defendant. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See post, p. 924.]

SCHUYLER W. J. WATTS, Appellant-Respondent, v. BANK OF MANHATTAN COMPANY, Respondent-Appellant.— Appeal unanimously dismissed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

SHERMAN MICHAELSON, Respondent, v. ACKERMAN MANUFACTURING CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

LUCINA S. WAKEFIELD, as Administratrix of the Estate of GERALD R. WAKE-FIELD, Deceased, Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.— Judgment unanimously modified so as to limit interest from date of demand and as so modified affirmed, with costs to the appellants. No opinion. •Settle order on notice. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [192 Misc. 639.]

FLORENCE M. SHEEHAN, Respondent, v. VINCENT P. CROWLEY et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

OCEANIC MERCANTILE CO., INC., Respondent, v. BERNARD NATELSON, Defendant, and NATHAN NATELSON, Individually and as a Copartner Doing Business under the Name of BARNARD HOSIERY Co., Appellant.— Order unanimously